FILED BY ___ D.C.

UNITED STATES DISTRICT COURT
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

05 SEP 14 AM 10: 23

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W.D. OF TN MEMPHIS

BRENDA HORTON,

**JUDGMENT IN A CIVIL CASE**

VS

NATIONAL RAILROAD PASSENGER
CORPORATION (AMTRAK).

CASE NO: 04-2221 M1/P

Upon stipulation by the parties:

**IT IS SO ORDERED AND ADJUDGED** that, in accordance with the Stipulation of Dismissal filed September 9, 2005, this case is DISMISSED with prejudice.

APPROVED:

_____
JON PHIPPS MCCALLA
UNITED STATES DISTRICT COURT

Sept. 13, 2005
Date

**THOMAS M. GOULD**
Clerk of Court

_____
(By) Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  9-14-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 13 in case 2:04-CV-02221 was distributed by fax, mail, or direct printing on September 14, 2005 to the parties listed.

---

Stephen R. Leffler
LEFFLER LAW OFFICE
707 Adams Ave.
Memphis, TN 38105

Ralph T. Gibson
BATEMAN GIBSON & CHILDERS
65 Union Ave.
1010 Cotton Exchange Bldg.
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT